UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JANELLE WHITEHEAD, ET AL.,**

   Plaintiff,

v.                                      **No. 4:25-cv-00398-P**

**ROUNDPOINT MORTGAGE SERVICING LLC, ET AL.,**

   Defendants.

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiffs Janelle Whithead's and Judith Whitehead's Motion for Summary Judgment, (ECF No. 45), Defendants Motion for Summary Judgment Against Plaintiffs Janelle Whithead and Judith Whitehead (ECF No. 48), and Defendants LaSalle Corrections West, LLC d/b/a Prairieland Detention Center ("LaSalle") and Armando Castro ("Castro") (collectively, the "Defendants") Motion for Summary Judgment (ECF No. 51). Having reviewed the Motion, the docket, counsel's arguments, and applicable law, the Court **DENIES** all three Motions along with any corresponding Motions (ECF No. 54).

**SO ORDERED** on this **10th day of March 2026.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE